## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION, on its own
behalf and on behalf of ADRIAN
PETERSON,

                  Petitioner,

v.

NATIONAL FOOTBALL LEAGUE and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

                  Respondents.

Case No. _____

**MOTION TO EXPEDITE**

Petitioner National Football League Players Association, the union for the players in the National Football League, on its own behalf, and on behalf of Minnesota Vikings running back Adrian Peterson, hereby moves the Court, pursuant to the Labor Management Relations Act, 29 U.S.C. § 185, and the Federal Arbitration Act, 9 U.S.C. §§ 1-16, to expedite the briefing schedule and hearing on the concurrently filed Petition to Vacate Arbitration Award, and for such other relief as may be appropriate and the Court deems just and equitable.

This motion is based upon the accompanying memorandum of law, affidavit of Barbara Podlucky Berens, as well as arguments of counsel and all other pleadings and papers on file in this action.



DATED: December 15, 2014

BERENS & MILLER, P.A.

*Barbaa Podluck Berens*
Barbara Podlucky Berens, #209788
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402
(612) 349-6171 - Telephone
(612) 349-6416 – Fax
bberens@berensmiller.com

**WINSTON & STRAWN LLP**
Jeffrey L. Kessler (*pro hac vice pending*)
David L. Greenspan (*pro hac vice pending*)
Jonathan Amoona
Angela Smedley
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com

*Attorneys for Petitioner*

2